AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) O'CONNOR, SANDRA D | 2. Court or Organization SUPREME COURT OF UNITED STATES | 3. Date of Report 5/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Associate Justice | 5. ReportType (check appropriate type) ○ Nomination, Date 7/7/1981 ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address I FIRST STREET, N.E. WASHINGTON, D.C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## L POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions).

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Executive Board | Central European and Eurasian Law Initiative |
| 2. | Honorary Board Member | Smithsonian Associates |
| 3. | Member, Executive Committee | ABA Museum of Law |
| 4. | Member | American Association of International Law Judicial Advisory Committee |

2005 MAY 12 PM 4 14 FINANCIAL DISCLOSURE OFFICE RECEIVED

## IL AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| L | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 05/11/04 | Penguin Group (book royalty) | $12,500.00 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | See Attached Schedule IV | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 5/15/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| L | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Boyd Cave (Pension Plan) | E | Withdrawal | O | T | | | | | See footnote 2 attached |
| 2. Fennemore Craig (Pension Plan) | E | Withdrawal | O | T | | | | | See footnote 1 attached |
| 3. Interest AZ Elected Officials Retirement | B | Pension | J | U | | | | | |
| 4. Checking Account: Suntrust Bank, Washington, DC | A | Interest | N | T | | | | | |
| 5. Greer Partners Two (Purchased 12/1/83 for L) Greer, AZ | F | Capital Gain | None | | Final Sale | 12/15 | L | F | Partnership dissolved |
| 6. Pinnacle Peak Partners, Maricopa County, AZ | D | Cash on dissolution | None | | Final distribution | 12/31 | J | D | Partnership dissolved |
| 7. 3.9% Interest in Lot 14, Alvernon, Tucson, AZ | | None | J | W | | | | | |
| 8. Folger Nolan Fleming Douglas, Wash,DC(cash in Alliance Muni) | A | Interest | J | T | | | | | See footnote 3 attached |
| 9. Maricopa Cty., AZ Hospital, Revenue Samaritan Health Serv | A | Interest | J | T | | | | | |
| 10. U. S. Treasury Bill | A | Interest | L | T | Buy | 11/24 | M | | |
| 11. U. S. Treasury Note | C | Interest | L | T | | | | | |
| 12. State of Maryland Bonds | C | Interest | None | T | Redeemed | 11/24 | L | A | Redeemed |
| 13. Tucson Arizona Water System Bonds | C | Interest | L | T | | | | | |
| 14. Washington Suburban Sanitary District Bonds | B | Interest | L | T | | | | | |
| 15. Oil and Gas Royalty fractional interest, Pecola Cty., TX | A | Royalty | J | W | | | | | |
| 16. AES Corp. | | None | K | T | | | | | |
| 17. Agilent | | None | K | T | | | | | |
| 18. Amgen | | None | J | T | | | | | |

1. Income/Gain Codes  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Avaya | | None | J | T | | | | | |
| 20. Baxter International | B | Dividend | L | T | | | | | |
| 21. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 22. Cardinal Health | A | Dividend | J | T | | | | | |
| 23. Citigroup | | | K | T | Buy | 11/24 | K | | |
| 24. Dupont (E.I.) | B | Dividend | L | T | | | | | |
| 25. Edwards Life Sciences Corp. | | None | J | T | | | | | |
| 26. Exxon Mobil | | | | | Buy | 06/23 | K | | |
| 27. Exxon Mobil | | | | | Sell | 09/27 | K | B | |
| 28. Fannie Mae (Federal National Mortgage Assn) | A | Dividend | None | T | Sell | 09/27 | J | B | |
| 29. General Electric | A | Dividend | K | | Buy | 11/24 | K | | |
| 30. Headwaters Inc. | | None | K | T | Buy | 11/24 | K | | |
| 31. Icos | | None | J | T | | | | | |
| 32. Intel Corp. | A | Dividend | K | T | | | | | |
| 33. Lilly (Eli) (See Item 71) | | | | | | | | | |
| 34. Lucent Technologies | A | Dividend | J | T | | | | | |
| 35. Martek | | None | K | T | | | | | |
| 36. MCI Worldcom, Inc. | | None | None | T | Sell | 06/15 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$6,000 | D = $6,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Merck & Co. | | None | K | T | Buy | 11/07 | K | T | |
| 38. MEVC, Draper, Fisher, Jurvetson Fund (See Item 75) | | | | | | | | | |
| 39. Millipore | A | Dividend | K | T | | | | | |
| 40. Morgan Stanley Dean Witter | B | Dividend | L | T | | | | | |
| 41. Mykrolis Corp. | A | Dividend | J | T | | | | | |
| 42. Nestle SA | A | Dividend | L | T | | | | | |
| 43. Newell Rubbermaid (See Item 78) | | | | | | | | | |
| 44. Nokia | A | Dividend | J | T | | | | | |
| 45. Omnicom Group | A | Dividend | M | T | | | | | |
| 46. Pfizer | A | Dividend | K | T | | | | | |
| 47. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 48. Sara Lee Corp. | B | Dividend | L | T | | | | | |
| 49. Saul Centers Inc. | B | Dividend | K | T | | | | | |
| 50. Sigma Aldrich Corp. | A | Dividend | L | T | | | | | |
| 51. Smucker JM | A | Dividend | J | T | | | | | |
| 52. Sonoco Products Co. | A | Dividend | K | T | | | | | |
| 53. Travelers Property | A | Dividend | K | T | | | | | |
| 54. West Company | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. White Mountain Insurance | A | Dividend | J | T | | | | | |
| 56. Zimmer Holdings, Inc. (See Item 83) | | | | | | | | | |
| 57. IRA NO.1 (Income to Acct only) | A | Dividends | L | T | | 08/31 | J | B | |
| 58. –Amgen | | | | | | | | | |
| 59. –Lucent Technologies | | | | | | | | | |
| 60. –Nestle ADR | | | | | | | | | |
| 61. –Omnicom Group | | | | | | | | | |
| 62. IRA NO.2 (Income to Acct only) | C | Dividends | O | T | | 08/15 | E | D | |
| 63. –American International Group | | | | | Buy | 1/6 | K | | |
| 64. –Amgen | | | | | | | | | |
| 65. –Baxter International | | | | | | | | | |
| 66. –Bristol Myers Squibb | | | | | | | | | |
| 67. –Cardinal Health | | | | | | | | | |
| 68. –City Group | | | | | Buy | 11/24 | | | |
| 69. –Dayton (EI) | | | | | | | | | |
| 70. –Edwards Life Sciences | | | | | | | | | |
| 71. –Eli Lilly | | | | | | | | | |
| 72. –General Electric | | | | | Buy | 11/24 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $6,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B3 and D4) | F = $60,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$6,000,000 | H2 = More than $6,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $60,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$6,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. -Lucent Technologies | | | | | | | | | |
| 74. -MCI Worldcom, Inc. | | | | | | | | | |
| 75. -MEVC Draper, Fisher, Jurvetson | | | | | | | | | |
| 76. -Nasdaq-100 Shs. | | | | | Buy | 11/6 | K | | |
| 77. -Nestle ADR | | | | | | | | | |
| 78. -Newell Rubbermaid | | | | | | | | | |
| 79. -Omnicom Group | | | | | | | | | |
| 80. -Pfizer | | | | | | | | | |
| 81. -Sigma Aldrich | | | | | | | | | |
| 82. -Washington Mutual | | | | | | | | | |
| 83. -Zimmer Holdings | | | | | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

Financial Disclosure Report - 2004
Sandra Day O'Connor
Date of Report: 5/15/05

## IV. Reimbursements Of
### Transportation, Lodging, Food, Entertainment

1. The Annenberg Public Policy Center

   January 30-February 2. Rancho Mirage, CA. Meetings/Discussions. (Transportation, meals, lodging for self ▮▮▮▮▮▮▮

2. Midland College

   February 4. Midland, Texas. Speech (Transportation, lodging for self ▮▮▮▮▮▮▮.

3. Touro College Law Center

   March 9. Hu tington, New York. Speech, discussions with students. Received Gould Award. (Transportation, meal for self and-

4. University of Wyoming

   March 16. Laramie, Wyoming. Speech. Public dialogue. (Transportation, lodging, meals for self ▮▮▮▮▮▮)

5. Arizona Humanities Council Book Festival

   April 3. Phoenix, Arizona. Speech, Interview with journalism students. (Transportation for self and ▮▮▮▮▮

6. University of Toledo College of Law

   April 7. Toledo, Ohio. Speech. (Tra sportation, meals, lodging for self ▮▮▮▮▮

7. Oklahoma City University Law School

   April 12. Oklahoma City, OK. Speeches, discussions with students. Received honorary Doctor of Laws degree (Transportation, meals, lodging for self ▮▮▮▮▮)

8. Seton Hall Law School

   April 16. Newark, NJ. Speech. (Transportation, meal for self ▮▮▮▮▮)

9. Iraqi Judicial Conference

   May 3-6. The Hague. Speeches, discussions. (Tra sportation for self only provided by U.S. State Department)

10. Clos de Vougeot

    May 6-7. Burgundy, France. Speech. (Tra sportation, for self only. Meals, lodgi g for self ▮▮▮▮▮

11. The Colony Club

    May 18. New York, NY. Speech. (Transportation, lodging, meal for self ▮▮▮▮▮

12. Centre College

    May 23. Danville, KY. Commencement Address, received ho orary Doctor of Laws degree. (Transportation, meal for self ▮▮▮▮▮

13. Cardozo School of Law

    Ju e 1. New York, NY. Commencement Address. Received honorary Doctor of Laws degree. (Transportation, meal for self ▮▮▮▮▮

14. State Bar of Arizona

    June 11. Scottsdale, AZ. Speech. Received Disti guished Career award. (Transportation,

meal for self and husband.)

15. Stanford University Law School

June 13. Stanford, CA. Commencement Address, (Transportation, lodging, meal for self ███████████

16. Windmill Museum

June 26. Kendallville, IN. Speech. (Transportation, and meal for self ████████████

17. St. Mary's University School of Law

July 12-17. Innsbruck, Austria. Visiting Jurist – Lectures and discussions with students. (Transportation, meals, lodging for self ██████████.)

18. Southern Methodist University Law School -

July 17-19. London, England. Meetings and Panel Discussions with Justices from other countries. (Transportation, meals, lodging for self ██████████

19. Ninth Circuit Judicial Conference

July 19-22. Monterey, CA. Panel Discussions (Transportation meals, lodging for self ████████

20. Aspen Institute

August 7-8. Aspen, Colorado. Speech, meeting, received Public Service Award. (Transportation, meals, for self ████████

21. LaJolla SummerFest

August 12. San Diego, CA. Speech. (Transportation, lodging for self ████████

22. Chautauqua Institution

August 24-28. Chautauqua, NY. Speech. (Transportation for self ████████

23. The Reagan Forum

September 7. Simi Valley, CA. Speech. (Transportation, lod    g, meal for self ████████

24. U.S. Canadian Judicial Exchange

September 28-October 1. Ottawa, Canada. Speech, discussions with Canadian Supreme Court Justices. (Lodging and some meals for self and husband provided by Canadian Supreme Court.)

25. Louisiana Supreme Court

October 2. New Orleans, LA. Speech. (Transportation, lodging, meal for self ████████)

26. American College of Trial Lawyers

October 23. St. Louis, MO. Speech. (Transportation, lodging, meal for self ████████

27. Rockefeller University

October 27. New York, NY. Speech. (Transportation, meal for self ████████

28. Union League of Philadelphia

November 18. Philadelphia, PA. Speech. Received Gold Medal Award, (Transportation, meal for self ████████ h██████)

Financial Disclosure Report
Sandra Day O'Connor
Date of Report: 5/15/05

## FINANCIAL DISCLOSURE STATEMENT
## FOOTNOTES

(1) ████████ was a principal in the law firm of Fennemore, Craig, von Ammon & Udall, P.C. (now Fennemore Craig, P.C.) until December 31, 1981. The indicated value for this entry is the value of his interest in the firm's pension plan.

(2) ████████ was a partner in the Bryan Cave law firm. The indicated value of this entry is the value of a pension plan administered by Boatmen's Trust Company.

(3) The cash in the Folger Nolan Fleming Douglas accounts is placed by it in Alliance Muni Trust.

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR,  SANDRA D | 5/15/2005 |

(Indicate part of Report.)

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR,  SANDRA D | 5/15/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████        Date  5/12/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544